**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **NUTRIEN AG SOLUTIONS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 1:25CV00142SEP** |
| | ) | |
| **STEVEN ALLEN PARKER and** | ) | |
| **STEVE PARKER FARMS,  LLC** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF NUTRIEN AG SOLUTIONS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff NUTRIEN Ag Solutions, Inc., by and through its attorneys, BLANTON, COLLINS, DOUGLAS, HANSCHEN & PETERS, L.L.C., and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), files the following Notice of Voluntary Dismissal Without Prejudice as to Defendants Steven Allen Parker and Steve Parker Farms, LLC. In support hereof, Plaintiff states as follows:

1.      Plaintiff filed the instant action on or about September 5, 2025 against Defendants Steven Allen Parker and Steve Parker Farms, LLC.

2.      Defendants were served with a summons and a copy of the Complaint, on or about September 10, 2025, with an answer due October 1, 2025.

3.      Defendants filed, on September 24, 2025, a *pro se* Motion for Extension of Time to File an Answer, and the Court granted this request on October 7, 2025, requiring an answer to be filed by October 15, 2026.

4.      To Date, Defendants have not filed an Answer, Motion to Dismiss, Motion for Summary Judgment, or any other responsive pleading in compliance with the Court's October 15, 2025 Order.

1

4.      Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a Plaintiff may dismiss a party without a court order before the party files either an answer or a motion for summary judgment.

5.      Defendants have filed neither an answer or motion for summary judgment.

6.      Plaintiff hereby dismisses this action without prejudice as to Defendants Steven Allen Parker and Steve Parker Farms, LLC.


**Respectfully submitted,**

**BLANTON, COLLINS, DOUGLAS,**
**HANSCHEN & PETERS, L.L.C.**
**219 South Kingshighway**
**Post Office Box 805**
**Sikeston, MO 63801**
**PHONE: (573) 471-1000      FAX: (573) 471-1012**
**EMAIL: pdouglas@blantonlaw.com**

**By:      /s/      Patrick R. Douglas**
**Patrick R. Douglas                #51788MO**

*Attorney for Plaintiff NUTRIEN Ag Solutions, Inc.*


<u>**Certificate of Service**</u>

**I hereby certify that a copy of the foregoing document was served via electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri to the parties requesting service by electronic filing, and by U.S. Mail, return receipt requested on this 10th day of August, 2026. The individuals being served are as follows:**


Mr. Steven Allen Parker
601 Laurelwood Ave.
Sikeston, MO 63801

**/s/      Patrick R. Douglas**
**Patrick R. Douglas**


2